# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138588

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARLON A. WESTBROOK,
      Defendant-Appellant.

SC: 138588
COA: 282397
Wayne CC: 07-005517-FC

_____/

      On order of the Court, the application for leave to appeal the February 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk